FILED '07 JAN 26 13:12 USDC-ORE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

NILES WAYNE WHEELER,

         **Plaintiff,**

         v.         Civil No.: 06-1322-TC

STATE OF OREGON,

         **Defendant**

## FINDINGS AND RECOMMENDATION

Plaintiff was ordered on October 24, 2006, to submit the requisite filing fee, or an application to proceed in forma pauperis by November 20, 2006. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: January 26, 2007.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION